FILED
2015 Nov-20 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     MIDDLE DIVISION

ANGELA WALLACE,                  }
                                 }
     Plaintiff,                  }
                                 }     CIVIL ACTION NO.
v.                               }
                                 }     4:15-cv-785-WMA
CAROLYN W. COLVIN, Acting        }
Commissioner of Social           }
Security Administration,         }
                                 }
     Defendant.                  }
```

## MEMORANDUM OPINION AND ORDER

Before the court is a motion to supplement the record (Doc. 11) filed by plaintiff. In the motion, plaintiff asks that the record be supplemented with two documents: (1) two pages of the transcript of plaintiff's hearing before the ALJ in this case and (2) findings of a physician based on plaintiff's visit on October 21, 2015.

The transcript pages that plaintiff wishes to include are already contained in the record (Doc. 9-3 at 85-86, physically marked as 84-85), so there is no need to supplement the record with those pages. Plaintiff's new medical record is from a time period well beyond the decisions of the ALJ and Appeals Council in this case, which occurred on October 23, 2013, and March 8, 2015, respectively. Unless plaintiff requests and obtains a remand of the matter pursuant to sentence six of 42 U.S.C. § 405(g), the court's review is limited to evidence that was presented to the ALJ or the Appeals Council. *See Ingram v. Comm'r*, 496 F.3d 1253, 1268 (11th

Cir. 2007). Because plaintiff has not requested a sentence six remand, the medical record is irrelevant to this action, so supplementation is unwarranted.

In light of the foregoing, plaintiff's motion to supplement the record (Doc. 11) is DENIED. Plaintiff is reminded that her argument in support of disability benefits, if she chooses to file one, must be submitted by **November 23, 2015,** unless she requests and obtains an extension of time. If she chooses not to file a brief, defendant shall treat plaintiff's earlier filed Statement in Support of Award of Disability Benefits (Doc. 8) as a brief and respond accordingly by **December 23, 2015.**

DONE this 20th day of November, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE